Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2307 | **DATE** | 12/13/2006 |
| **CASE TITLE** | United States of America vs. Johnbull Osageide (02 CR 699-3) | | |

**DOCKET ENTRY TEXT**

**ENTER MEMORANDUM OPINION:** Osageide's motion to vacate, correct, or set aside his sentence is denied. Osageide to take nothing. All matters in controversy having been resolved, final judgment is entered in favor of United States of America and against Johnbull Osageide.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|