# United States District Court
## Northern District of Illinois
**Eastern Division**

United States of America            **JUDGMENT IN A CIVIL CASE**

    v.                                            Case Number: 06 C 2307

                                                               (02 CR 699-3)

Johnbull Osagiede

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion to vacate the sentence pursuant to 28 U.S.C. § 2255 is denied. All matters in controversy having been resolved, final judgment is hereby entered in favor of the United States of America and against defendant Johnbull Osagiede.

                                                         Michael W. Dobbins, Clerk of Court

Date: 12/11/2009                           /s/ Stephen C. Tokoph, Deputy Clerk